UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ **2nd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Ramon B Cruz Garcia**   JOINT DEBTOR: _____   CASE NO.: _____
Last Four Digits of SS# **xxx-xx-9844**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **3,938.91** for months **1** to **50** ;
B. $ **4,082.91** for months **51** to **60** ;
C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00**   TOTAL PAID $ **3,500.00**
Balance Due $ **-NONE-** payable $ _____ /month   (Months ____ to ____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Bsi Financial Services**
Address: **314 S Franklin St; Titusville, PA 16354**
Account No: **xxxx4692**

Arrearage on Petition Date $ **70,896.00** Arrears obtained from March 2017 Mortgage Statement
Arrears Payment $ **1,160.00** /month 1 to 50   Total = 58,000.00
Arrears Payment $ **1,289.60** / month 51 to 60   Total= 12,896.00
Regular Payment $ **1,929.32** / month 1 to 60

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **IRS Department of Tresury Internal Revenue Service; Philadelphia, PA 19154**   Total Due $ **24,000.00**
   Payable $ **400.00** /month **1 to 60**

Unsecured Creditors: Pay $ **55.70** /month (Months **1** to **60** )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

**The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claim** I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**The debtor s hereby advised that the chapter 13 trustee has requested that the debtor comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor hereby acknowledges that the deadline for providing the trustee with their tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

/s/ Ramon B Cruz Garcia
**Ramon B Cruz Garcia**
Debtor

Date:  **JUNE 13, 2017**

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the forgoing was sent via CM/ECF to all parties on the list to be served electronically and was mailed on **6/13/2017** to all parties listed on the service/matrix list.

**MARRERO- CHAMIZO-MARCER LAW, LP**
*Attorney for Debtor(s)*
3850 Bird Road, PH 1
Miami, FL 33146
Telephone: 786-431-2770
Facsimile:  786-735-0825
Email: bankruptcy@marrerolawfirm.com

By: */s/__Julio C.Marrero Esq.__*
    Julio C. Marrero
    Florida Bar No. 784664