

**ORDERED in the Southern District of Florida on April 12, 2018.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Ramon B Garcia Cruz,
2376 NW 2 St
Miami, FL 33125

Case No.: 17-14895-AJC
Chapter 13

Debtor,

**STIPULATED AGREED ORDER RESOLVING DEBTORS OBJECTION TO CLAIM OF DRRF TRUST 2015-1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE [# 2-1]**

**THIS CASE** came on for consideration on an Objection to Claim of DRRF Trust 2015-1, U.S. Bank National Association, as Trustee [# 2-1], (hereinafter "Secured Creditor") **(Doc No. 44),** Secured Creditor's Motion to Amend Chapter 13 Plan (Doc. No. 36), and Secured Creditors Response to Debtors Objection to Claim of DRRF Trust 2015-1, U.S. Bank National Association, as Trustee [# 2-1] (Doc. No 51) and this Court being advised as to the agreement between the parties, it is hereby:

**ORDERED:**

1. The hearing that was Scheduled for April 24, 2018 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 7 (AJC), Miami, FL 33128, on Debtor's Objection to Claim of DRRF Trust 2015-1, U.S. Bank National Association, as Trustee [# 2-1] shall be Canceled.

2. Secured Creditor's Motion to Amend Chapter 13 Plan (Doc. No. 36) is hereby withdrawn.

3. Secured Creditor's Proof of Claim [#2-1] shall hereby be amended to reflect the monthly payment of $1,929.32 indicated the Debtors Second Amended Plan (Doc. No. 23)

4. Debtors Objection to Claim of DRRF Trust 2015-1, U.S. Bank National Association, as Trustee [# 2-1] (Doc. No. 44) is hereby withdrawn.

5. Secured Creditors Response to Debtors Objection to Claim of DRRF Trust 2015-1, U.S. Bank National Association, as Trustee [# 2-1] (Doc. No 51) is hereby withdrawn.

6. The Trustee is instructed to disperse to Secured Creditor any funds that are being held on behalf of Secured Creditor.

**Attorney Damian G. Waldman, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order**